USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lenny Goodman  8951200692  GMDC
15-15 Hazen Street East Elmhurst, NY
11370

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police Officer Joseph Algerio
Shield No. 7322
113 precinct  167 02 Baisley Blvd
Jamaica, NY 11434
Police Officer Anthony Canale
shield No. 15509
113 precinct  167 02 Baisley Blvd
Jamaica, NY 11434

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes   ☐ No
*(check one)*

12 Civ. 05180 (KBF)

### I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's  Name Lenny Goodman
ID# 8951200692
Current Institution GMDC
Address 15-15 Hazen Street
East Elmhurst, NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name P.O. Joseph Algerio   Shield # 7322
Where Currently Employed 113 precinct
Address 167 02 Baisley Blvd
Jamaica, NY 11434

Rev. 01/2010

1

Defendant No. 2     Name  P.O. Anthony Canale                Shield # 15509
                    Where Currently Employed  113 Precinct
                    Address  16702 Baisley Blvd
                             Jamaica, NY 11434

Defendant No. 3     Name _____      Shield # _____
                    Where Currently Employed _____
                    Address _____

| Who did what? |

Defendant No. 4     Name _____      Shield # _____
                    Where Currently Employed _____
                    Address _____

Defendant No. 5     Name _____      Shield # _____
                    Where Currently Employed _____
                    Address _____

II.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    Took place in NYC Streets

B.  Where in the institution did the events giving rise to your claim(s) occur?
    Took place in NYC Streets

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    7:10 am on May 20th, 2012 at Linden Blvd and 194th Street

| What happened to you? |

D.  Facts: I was handcuffed in the back seat of police car and was physically assaulted by two police officers

**Was anyone else involved?**

No

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Only other officer's

No medical treatment was assisted and I substained a broken tooth and several scratches and bruses Had to have tooth pulled

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ___   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

NA
_____

1. Which claim(s) in this complaint did you grieve?

NA
_____

2. What was the result, if any?

NA
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

NA
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

NA
_____
_____

Rev. 01/2010                                4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

NA

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

I am suing in the Amount of 1,000,000 For pain and suffering, assault, defimation of character and police bratality

Rev. 01/2010                         5

_____
_____
_____

VI. **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Lenny Goodman_
Defendants ~~[redacted]~~ + ~~[redacted]~~ Unknown

2. Court (if federal court, name the district; if state court, name the county) _Southern District of New York_

3. Docket or Index number _Unknown_
4. Name of Judge assigned to your case _Judge Reyes_
5. Approximate date of filing lawsuit _Unknown_
6. Is the case still pending? Yes ___ No ✓
   If NO, give the approximate date of disposition _Feb 2011_
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Settlement_

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___   No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ✓
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   NA

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7 day of Nov , 2012.

Signature of Plaintiff   Lenny Goodman
Inmate Number   895 1200692
Institution Address   15-15 Hazen Street
East Elmhurst,
NY, 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7 day of Nov , 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

